IN THE CIRCUIT COURT OF THE
16TH JUDICIAL CIRCUIT IN AND
FOR MONROE COUNTY, FLORIDA

CASE NO. 2011-CA-641-K

MARSHA GRANGER,

    Plaintiff,

vs.

BALFOUR BEATTY
COMMUNITIES, LLC,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, BALFOUR BEATTY COMMUNITIES, LLC, by and through its undersigned counsel, file this notice that a Notice of Removal of the above-styled case was contemporaneously filed with the clerk of the United States District Court for the Southern District of Florida. A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A" and is being filed herewith pursuant to 28 U.S.C. §1446(d).



*Granger, Marsha v. Balfour Beatty Communities, LLC*
*Case No. 2011-CA-641-K*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via facsimile and U.S. mail on this 8 day of July, 2011, to:

Lawrence J. McGuinness, Esq.
McGuinness & Gonzalez, P.A.
1627 S.W. 37th Avenue, Suite 100
Miami, FL 33145

        **Vernis & Bowling of Miami, P.A.**
        1680 N.E. 135th Street
        Miami, FL 33181
        Tel:   305-895-3035
        Fax:  305-892-1260

        By: _____
        Patrick H. Gonyea, Esquire
        Florida Bar No. 0055042
        Edwin Cruz, Esquire
        Florida Bar No. 0055579

PHG/EC/esf
0068/tba